734 A.2d 1288

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Jeremy Neil EMERT, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 3, 1999.

Decided Sept. 9, 1999.

James B. Martin, Dist. Atty., Kelly B. Waldron, Deputy Dist. Atty., for Com.

Michael Brunnabend, Allentown, Robert Long, Chief Public Defender, Glenn M. Goodge, Asst. Public Defender, for Jeremy Neil Emert.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *ORDER*

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Lehigh County Court of Common Pleas dated September 2, 1998, insofar as it is consistent with our disposition in *Williams* and we reverse its order insofar as it is inconsistent with the same. Furthermore, we remand the matter to the court of common pleas for disposition of any remaining issues.

Jurisdiction is relinquished.